IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTON ISON TORRES and FRANCES ISON ) <br> TORRES, individually, and d/b/a ) <br> KENKOY'S GRILL, ) <br> ) <br> Defendants. ) | Case No. 10-5086 SC <br><br> ORDER DENYING APPLICATION <br> <u>FOR DEFAULT JUDGMENT</u> |

On November 10, 2010, Plaintiff J&J Sports Productions, Inc. ("Plaintiff") filed this action against Defendants Anton Ison Torres and Frances Ison Torres, individually, and doing business as Kenkoy's Grill (collectively, "Defendants"), alleging violations of 47 U.S.C. §§ 605 and 553, conversion, and violation of California Business and Professions Code §§ 17200, <u>et</u> <u>seq.</u>  ECF No. 1 ("Compl."). After Defendants failed to respond, the Clerk of the Court entered default against Defendants on January 31, 2011. ECF No. 9. Now before the Court is Plaintiff's Application for Default Judgment. ECF No. 10-1 ("Application").

Plaintiff's Application and Proposed Order bear the wrong party names and case numbers. The Court concludes that Plaintiff has erroneously filed an application in this case that was intended for a different action.

1     Accordingly, the Court DENIES Plaintiff J&J Sports
2 Productions, Inc.'s Application for Default Judgment against
3 Defendants Anton Ison Torres and Frances Ison Torres WITHOUT
4 PREJUDICE.

6     IT IS SO ORDERED.

8     Dated: May 6, 2011              
                                      _____
9                                     UNITED STATES DISTRICT JUDGE

2