IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 10-5086 SC |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| ANTON ISON TORRES and FRANCES ISON TORRES, individually, and d/b/a KENKOY'S GRILL, | |
| Defendants. | |

It is hereby ORDERED, ADJUDGED, and DECREED that Default Judgment in this action shall be entered in favor of PLAINTIFF J & J Sports Productions, Inc. and against DEFENDANTS Anton Ison Torres and Frances Ison Torres in the amount of $13,232.48. This award consists of $8,800 in statutory damages under 47 U.S.C. § 605, $2,200 in compensatory damages for conversion, $1,075 in costs, and $1,157.48 in attorney's fees.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: September 23, 2011

_____
UNITED STATES DISTRICT JUDGE